**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 336 MAL 2022

         Respondent                  :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

         v.                              :

                                          :

VINCENT KEVIN FENNER,               :

         Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.